— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint as to first cause of action on payment of said costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAAC WEINSTEIN, Otherwise Called HARRY FRIEDMAN, Otherwise Called SAM KAPLAN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

JOSEPHINE GUNTZER, Respondent, v. ANNA STRAUB, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

In the Matter of S. CHARLES SUGARMAN, an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

A. & B. EXPORT AND IMPORT CORPORATION, v. FRANCO-AMERICAN CHEMICAL COMPANY, INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so that the appeal can be argued or submitted on the 5th day of March, 1920. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ABE LANDOW v. CHARLES G. CONN.— Motion for stay granted on condition that plaintiff file additional undertaking on attachment of $2,500, and also consents to release from attachment all paintings except enough at base prices agreed upon to cover amount of claim. Attachment is intended as security, not as coercion to enforce settlement. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ARCHIBALD J. DANDO v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY.— Stay of trial granted on condition that appeal from order be brought on for argument on the 5th day of March, 1920. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JAMES M. O'BRIEN, an Infant, by JAMES O'BRIEN, His Guardian ad Litem, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

JAMES O'BRIEN, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

IDA V. BREWSTER, Appellant, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

MOSES LEVINSON and Another, Appellants, v. LEO FINKENBERG and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of L. ROGER WENTWORTH and ALBERT M. SEABURY, as Executors, etc., of CLARA E. SEABURY, Deceased. NEW BEDFORD HOME FOR AGED, Appellant;